**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-7229**
_____

CLIFTON DONELL LYLES,

        Plaintiff - Appellant,

     v.

GOVERNOR HENRY MCMASTER; DIRECTOR BRIAN STIRLING; WARDEN DONNIE STONEBREAKER; WARDEN KENNETH SHARPE; ASSOCIATE WARDEN RICHARD CHVALA; ASSOCIATE WARDEN BRIGHTHARP; MAJOR MEEKS,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence. Sherri A. Lydon, District Judge.  (4:22-cv-03572-SAL-TER)

_____

Submitted:  April 11, 2024                   Decided:  April 16, 2024

_____

Before AGEE and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Clifton Donell Lyles, Appellant Pro Se.  Andrew Lindemann, LINDEMANN LAW FIRM, P.A., Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clifton Donell Lyles seeks to appeal the district court's order adopting the magistrate judge's recommendation, denying Lyles' motion to appoint counsel, and dismissing some, but not all, of the claims Lyles raised in his complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Lyles seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we grant Appellees' motion to dismiss and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*
